# THE SUPREME COURT

OF

# PENNSYLVANIA.

MIDDLE DISTRICT—HARRISBURG 1866.

### LEGAL TENDER CASES.

Shollenberger *versus* Brinton.

Mervine *versus* Sailor *et al.*

Davis *et al. versus* Burton *et al.*

Kroener *versus* Colhoun.

Sandford *et al. versus* Hays.

Graham *versus* Marshall *et al.*

Laughlin *et al. versus* Harvey.

1. Congress has constitutional power to issue treasury notes of the United States and make them lawful money and a legal tender for the payment of debts.

2. The Act of Congress, of February 25th 1862, authorizing the issue of such notes, is constitutional.

3. The principal sum which redeems a ground-rent, is a debt within the meaning of the act.

4. A ground-rent, payable in "* * * dollars, lawful silver money of the United States of America," is redeemable by such notes. *Shollenberger* v. *Brinton.*

5. So the half-yearly instalment of a ground-rent, payable in "* * dollars, lawful silver money of the United States, each dollar weighing 16 pwt. 6 gr. *at least.*" *Mervine* v. *Sailor.*

[Shollenberger *v.* Brinton.]

6. So a ground-rent payable in "lawful money." *Davis* v. *Burton*.

7. So a ground-rent payable in "lawful money of the United States." *Kroener* v. *Colhoun*.

8. So a certificate of deposit of "gold, payable * * * in like funds with interest." *Sandford* v. *Hays*.

9. So a note for a sum of money marked in margin "$14,145 specie," which by bankers' rules meant gold or silver coin.   *Graham* v. *Marshall*.

10. So a note for "* * * dollars in gold." *Laughlin* v. *Harvey*.

11. Where the errors assigned are not sustained by a majority of the Supreme Court, the judgment of the court below is affirmed.

The principal question in all these cases being the effect of the Acts of Congress making treasury notes a legal tender in payment of debts, they were considered and decided together.